SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Sean T. Strauss (SBN 245811)
sstrauss@seyfarth.com
Everett J. McLean, II (SBN 335189)
emclean@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

JS-6

Attorneys for Defendants
KAISER PERMANENTE INTERNATIONAL, INC., KAISER PERMANENTE INSURANCE COMPANY, INC. and BRUME JANE C. PEPITO

Derek L. Tabone, Esq. (SBN 80733)
Derek@tabonelaw.com
Emerson J. Tabone, Esq. (SBN 335083)
Emerson@tabonelaw.com
LAW OFFICE OF TABONE, APC
6454 Van Nuys Blvd., Suite #210
Van Nuys, California 91401
Phone:  (818) 785-5000

Attorneys for Plaintiff
CORY RAE OJEDA, an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY RAE OJEDA,<br><br>             Plaintiff,<br><br>    v.<br><br>KAISER PERMANENTE INTERNATIONAL, INC A California corporation, KAISER PERMANENTE INSURANCE COMPANY, INC a California corporation, BRUMIE JANE C. PEPITO, a natural person, and Does 1 to 25, Inclusive.<br><br>             Defendants. | Case No. 5:22-cv-01057-MWF(GJSx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

On July 11, 2023, the Parties filed a Stipulation requesting that the Court dismiss the instant action in its entirety with prejudice, each party to bear its own costs.

The Court, having considered the Stipulation for Dismissal with Prejudice, and good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. All claims in the above-captioned action are DISMISSED in their entirety with prejudice.

2. Each party is to bears its own fees and costs.

**IT IS SO ORDERED.**

DATED: July 12, 2023

_____
MICHAEL W. FITZGERALD
United States District Court